UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PA+HFINDER, LLC d/b/a
IMAGINE EARLY EDUCATION
AND CHILDCARE and IC US
PROPERTIES 1, LLC,

    *Plaintiffs,*

v.                                            No. 3:23-cv-00059-BJD-PDB

THE ACADEMY AT
JULINGTON CREEK, LLC;
ARTFUL ENTERPRISES, LLC;
JACKSONVILLE ACADEMY
HOLDINGS, LLC; RDL
PROPERTIES OF NORTH
FLORIDA, LLC; and LUCINDA
CHAPIN,

    *Defendants.*

---

## Unopposed Motion for Special Admission

TODD WIND, Esquire, moves for special admission to represent plaintiffs in this action.

I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, District of Minnesota, Eighth Circuit Court of Appeals, and United States Supreme Court.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

NONE.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an

attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Dated:  January 23, 2023

*/s/ Nathan D. Converse*
Todd A. Wind (#0196514 MN)
Nathan D. Converse (#0400508 MN)
Fredrikson & Byron, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
Telephone:  (612) 492-7000
Facsimile:   (612) 492-7077
twind@fredlaw.com
nconverse@fredlaw.com

*/s/ Derek K. Mountford*
Lauren Vickroy Purdy (#93943)
Derek K. Mountford (#127172)
Gunster, Yoakley & Stewart, P.A.
1 Independent Drive, Suite 2300
Jacksonville, FL  32202
Telephone:  (904) 350-7168
Facsimile:   (904) 354-2170
lpurdy@gunster.com
dmountford@gunster.com
awinsor@gunster.com
dculmer@gunster.com

*Attorneys for Plaintiffs Pa+hfinder, LLC d/b/a Imagine Early Education and Childcare and IC US Properties 1, LLC*

**Local Rule 3.01(g) Certification**

Counsel for Plaintiffs has conferred with counsel for Defendants, who have indicated they do not object to the undersigned's special admission in this matter.

Dated: January 23, 2023                    */s/ Derek K. Mountford*