UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PA+HFINDER, LLC d/b/a
IMAGINE EARLY EDUCATION
AND CHILDCARE and IC US
PROPERTIES 1, LLC,

      Plaintiffs,

v.

THE ACADEMY AT JULINGTON
CREEK, LLC; ARTFUL
ENTERPRISES, LLC;
JACKSONVILLE ACADEMY
HOLDINGS, LLC; SPYGLASS
PROPERTY HOLDINGS, LLC;
RDL PROPERTIES OF NORTH
FLORIDA, LLC; and LUCINDA
CHAPIN,

      Defendants.

Case No. 3:23-cv-00059-BJD-PDB

## **RULE 7.1 AND LOCAL RULE 3.03 DISCLOSURE STATEMENT**

Filed by: **Pa+hfinder, LLC d/b/a Imagine Early Education and Childcare** and **IC US Properties 1, LLC** (collectively, "Plaintiffs").

(1) If filed by a nongovernmental corporate party, then identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

> **Plaintiffs represent that they are not owned by a corporate parent and no publicly held corporation owns 10% or more of their stock or ownership interest.**

(2) If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]

1. Plaintiff Pa+hfinder, LLC d/b/a Imagine Early Education and Childcare ("Pa+hfinder") is a limited liability company and a citizen of Australia, Canada, Texas, New Jersey, and Virginia for purposes of 28 U.S.C. § 1332(a) by virtue of its members being domiciled in those nations/states.

   Pa+hfinder has 4 members:

   a. Queensland Investments II, LLC, which is a citizen of Australia and Canada for purposes of 28 U.S.C. § 1332(a).

      Queensland Investments II, LLC is wholly owned by Queensland Sands Investments US, LLC, which has three owners:

      i. Rosalind Corporate Party, Ltd., an Australian limited company owned by Brent Freeman, an Australian citizen;

      ii. Imagine Education Australia Party, Ltd., an Australian limited company owned by Brent Freeman and William Adler, both of whom are citizens of Australia; and

      iii. Edmund Groves, a Canadian citizen.

   b. Lasco Investments, LLC, which is a citizen of Texas for purposes of 28 U.S.C. § 1332(a). Lasco Investments, LLC is owned by Lasco

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

Investments, LP Entities and Sharon Haydon, both of which are Texas citizens.[2]

    c. Shaydon Investments, LLC, which is a citizen of Texas for purposes of 28 U.S.C. § 1332(a). Shaydon Investments, LLC is wholly owned by Sharon Haydon, a Texas citizen.

    d. Starboard Tack Capital, LLC, which is a citizen of New Jersey and Virginia for purposes of 28 U.S.C. § 1332(a). Starboard Tack Capital is owned by two entities:

        i. Great Point Holdings, LLC, which is jointly owned by Tristram Collins and Jennifer Collins, both of whom are New Jersey citizens; and

        ii. ES Ventures, LLC, which is wholly owned by Steven Schneider, a Virginia citizen.

2. Plaintiff IC US Properties 1, LLC ("IC") is a wholly-owned subsidiary of Pa+hfinder. Thus, like Pa+hfinder, IC is a citizen of Australia, Canada, Texas, New Jersey, and Virginia for purposes of 28 U.S.C. § 1332(a).

(3) Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

1. Pa+hfinder, LLC d/b/a Imagine Early Education and Childcare – Plaintiff;

    a. Queensland Investments II, LLC – Member of Plaintiff Pa+hfinder;

    b. Lasco Investments, LLC – Member of Plaintiff Pa+hfinder;

    c. Shaydon Investments, LLC – Member of Plaintiff Pa+hfinder;

    d. Starboard Tack Capital, LLC – Member of Plaintiff Pa+hfinder;

---

[2] All general and limited partners of Lasco Investments, LP Entities are citizens of Texas.

3

2. IC US Properties 1, LLC – Plaintiff;

3. Fredrikson & Byron, P.A. – Counsel for Plaintiffs;

4. Todd A. Wind, Esq. – Counsel for Plaintiffs;

5. Nathan Converse, Esq. – Counsel for Plaintiffs;

6. Gunster, Yoakley & Stewart, P.A. – Counsel for Plaintiffs;

7. Lauren Vickroy Purdy, Esq. – Counsel for Plaintiffs;

8. Derek K. Mountford, Esq. – Counsel for Plaintiffs;

9. The Academy at Julington Creek, LLC – Defendant;

10. Artful Enterprises, LLC – Defendant;

11. Jacksonville Academy Holdings, LLC – Defendant;

12. Spyglass Property Holdings, LLC – Defendant;

13. RDL Properties of North Florida, LLC – Defendant;

14. Lucinda Chapin – Defendant;

15. Abel Bean Law P.A. – Counsel for Defendants;

16. Daniel K. Bean, Esq. – Counsel for Defendants;

17. Jared Burns, Esq. – Counsel for Defendants.

(4) Each entity with publicly traded shares or debt potentially affected by the outcome:

**None.**

(5) Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

    **None.**

(6) Each person arguably eligible for restitution:

    **Plaintiffs Pa+hfinder and IC.**

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: January 23, 2023      */s/ Derek K. Mountford*
Lauren Vickroy Purdy (#93943)
Derek K. Mountford (#127172)
Gunster, Yoakley & Stewart, P.A.
1 Independent Drive, Suite 2300
Jacksonville, FL 32202
Telephone: (904) 350-7168
Facsimile: (904) 354-2170
lpurdy@gunster.com
dmountford@gunster.com
awinsor@gunster.com
dculmer@gunster.com

Todd A. Wind* (#0196514 MN)
Nathan D. Converse* (#0400508 MN)
Fredrikson & Byron, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: (612) 492-7000
Facsimile: (612) 492-7077
twind@fredlaw.com
**pro hac vice forthcoming*

*Attorneys for Plaintiff Pa+hfinder, LLC d/b/a Imagine Early Education and Childcare and IC US Properties 1, LLC*