| | |
|---|---|
| PA+HFINDER, LLC d/b/a IMAGINE EARLY EDUCATION AND CHILDCARE and IC US PROPERTIES 1, LLC, | Case No. 3:23-cv-00059-BJD-PDB |
| Plaintiffs, | |
| v. | |
| THE ACADEMY AT JULINGTON CREEK, LLC; ARTFUL ENTERPRISES, LLC; JACKSONVILLE ACADEMY HOLDINGS, LLC; SPYGLASS PROPERTY HOLDINGS, LLC; RDL PROPERTIES OF NORTH FLORIDA, LLC; and LUCINDA CHAPIN, | |
| Defendants. | |

## NOTICE OF DESIGNATION OF LEAD COUNSEL

Todd Wind of Fredrikson & Bryon, P.A. is designated as lead counsel for the Plaintiffs in the above matter.

I certify that I have read the applicable local rules of this Court. I will comply with the federal rules and this Court's local rules.

Dated:  February 3, 2023

*/s/ Todd Wind*

Todd Wind (#0196514 MN)
Nathan D. Converse (#0400508 MN)
Fredrikson & Byron, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
Telephone:  (612) 492-7000
Facsimile:   (612) 492-7077
twind@fredlaw.com
nconverse@fredlaw.com
*(Admitted pro hac vice)*

Lauren Vickroy Purdy (#93943)
Derek K. Mountford (#127172)
Gunster, Yoakley & Stewart, P.A.
1 Independent Drive, Suite 2300
Jacksonville, FL  32202
Telephone:  (904) 350-7168
Facsimile:   (904) 354-2170
lpurdy@gunster.com
dmountford@gunster.com
awinsor@gunster.com
dculmer@gunster.com

*Attorneys for Plaintiff Pa+hfinder, LLC*
*d/b/a Imagine Early Education and*
*Childcare and IC US Properties 1, LLC*