UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATH+FINDER, LLC d/b/a
IMAGINE EARLY EDUCATION
AND CHILDCARE and IC US
PROPERTIES 1, LLC,

    Plaintiffs,

v.                                               Case No.: 3:23-cv-59-BJD-PDB

THE ACADEMY AT JULINGTON
CREEK, LLC; ARTFUL
ENTERPRISES, LLC;
JACKSONVILLE ACADEMY
HOLDINGS, LLC; SPYGLASS
PROPERTY HOLDINGS, LLC;
RDL PROPERTIES OF NORTH
FLORIDA, LLC; and LUCINDA
CHAPIN,

    Defendants.

_____

## DEFENDANTS' DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Defendants The Academy at Julington Creek, LLC; Artful Enterprises, LLC, Jacksonville Academy Holdings, LLC, Spyglass Property Holdings, LLC, RDL Properties of North Florida, LLC, and Lucinda Chapin, make the following disclosures.

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

**Defendants represent that they are not owned by a corporate parent and no publicly held corporation owns 10% or more of their stock or ownership interest.**

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party:

**Lucinda Chapin – Florida citizen**

**Sheri Jenkins – Florida citizen**

**Jacksonville Academy Holdings, LLC – A Florida Limited Liability Company. All members are citizens of Florida.**

**Artful Enterprises, LLC – A Florida Limited Liability Company. All members are citizens of Florida.**

**Spyglass Property Holdings, LLC – a Florida Limited Liability Company. All members are citizens of Florida.**

**RDL Properties of North Florida, LLC – A Florida Limited Liability Company. All members are citizens of Florida.**

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

**Lucinda Chapin**

**Sheri Jenkins**

**Jacksonville Academy Holdings, LLC**

**Artful Enterprises, LLC**

**Spyglass Property Holdings, LLC**

**RDL Properties of North Florida, LLC**

**Jared J. Burns, Esq.**

**Daniel K. Bean, Esq.**

**ABL Law, P.A.**

**Pa+hfinder, LLC d/b/a Imagine Early Education and Childcare**

**Queensland Investments II, LLC**

**Lasco Investments, LLC**

**Shaydon Investments, LLC**

**Starboard Tack Capital, LLC**

**IC US Properties 1, LLC**

**Fredrikson & Byron, P.A.**

**Todd A. Wind, Esq.**

**Nathan Converse, Esq.**

**Gunster, Yoakley & Stewart, P.A.**

**Lauren Vickroy Purdy, Esq.**

**Derek K. Mountford, Esq.**

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

**NONE.**

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

**NONE.**

6. Identify each person arguably eligible for restitution:

**NONE.**

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

DATED: March 24, 2023.

        Respectfully submitted,

        **ABL LAW, P.A.**

        /s/ *Jared J. Burns*
        Daniel K. Bean, Esq.
        Florida Bar No.: 15539
        Jared J. Burns, Esq (Lead Counsel)
        Florida Bar No.: 1003415
        100 N. Laura Street, Suite 501
        Jacksonville, FL 32202
        Telephone: (904) 944-4100
        *dbean@abljax.com*
        *jburns@abljax.com*

        ***Attorneys for Defendants,***
        ***The Academy at Julington Creek, LLC,***
        ***Artful Enterprises, LLC,***
        ***Jacksonville Academy Holdings, LLC,***
        ***Spyglass Property Holdings, LLC,***
        ***RDL Properties of North Florida, LLC,***
        ***and Lucinda Chapin***

## **CERTIFICATE OF SERVICE**

I certify that on March 24, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Jared J. Burns*
Attorney