# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
Choose division


Plaintiffs,

Case No.

v.


Defendants.
_____

### **<u>Mediation Report</u>**

The parties held a mediation conference on _____, and the results of that conference are indicated below.

## 1. Attendance

The following participants attended the mediation conference:

☐   lead counsel

☐   the parties or a party's surrogate satisfactory to the mediator

☐   any necessary insurance carrier representative

List any unexcused absence or departure from the mediation conference:

_____

_____

_____

_____

## 2. Outcome

Under Local Rule 3.09(a), the parties must immediately file a notice after agreeing to resolve all or part of a civil action, even if the resolution is contingent or unwritten.

☐     The parties completely settled the case.

☐     The parties partially settled the case. The following issues remain:

_____

_____

_____

_____

☐     The parties agreed to continue the mediation conference.  The mediator will file another mediation report within seven days after the continued conference.

☐     The parties have reached an impasse.

_____
Add name of mediator
If counsel, add name of client
Add date of signature