| | |
|---|---|
| Pa+hfinder, LLC et al v. The Academy at Julington Creek, LLC et al<br>Assigned to: Judge Brian J. Davis<br>Referred to: Magistrate Judge Patricia D. Barksdale<br>Demand: $140,000<br>Cause: 28:1332 Diversity-Breach of Contract | Date Filed: 01/17/2023<br>Jury Demand: None<br>Nature of Suit: 190 Contract: Other<br>Jurisdiction: Diversity |

### Plaintiff

**Pa+hfinder, LLC**      represented by      **Derek Kyle Mountford**
*doing business as*
Imagine Early Education and Childcare

Gunster, Yoakley & Stewart, P.A.
1 Independent Drive
Suite 2300
Jacksonville, FL 32202
904-350-7179
Email: dmountford@gunster.com
*ATTORNEY TO BE NOTICED*

**Nathan D. Converse**
Fredrikson & Byron, P.A.
200 South Sixth Street
Suite 4000
Minneapolis, MN 55402
612-492-7223
Email: nconverse@fredlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Todd A. Wind**
Fredrikson & Byron, P.A.
200 South Sixth Street
Suite 4000
Minneapolis, MN 55402
612-492-7046
Email: twind@fredlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lauren Vickroy Purdy**
Gunster, Yoakley & Stewart, PA
1 Independent Drive
Suite 2300
Jacksonville, FL 32202-5137
904-350-7167

Fax: 904-354-2170  
Email: lpurdy@gunster.com  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **IC US Properties 1, LLC** | represented by | **Todd A. Wind** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* <br><br> **Derek Kyle Mountford** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* <br><br> **Nathan D. Converse** <br> (See above for address) <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* <br><br> **Lauren Vickroy Purdy** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **The Academy at Julington Creek, LLC** | represented by | **Jared Joseph Burns** <br> ABL Law, P.A. <br> 100 North Laura Street <br> Suite 501 <br> Jacksonville, FL 32202 <br> 904-944-4110 <br> Email: jburns@abljax.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Daniel Kearney Bean** <br> ABL Law, P.A. <br> 100 N. Laura St. <br> Suite 501 <br> Jacksonville, FL 32202 <br> 904-944-4100 <br> Email: dbean@abljax.com <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Artful Enterprises, LLC** | represented by | **Jared Joseph Burns** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Daniel Kearney Bean** |

**Defendant**
**Jacksonville Academy Holdings, LLC**   represented by   **Jared Joseph Burns**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Kearney Bean**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Spyglass Property Holdings, LLC**   represented by   **Jared Joseph Burns**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Kearney Bean**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**RDL Properties of North Florida, LLC**   represented by   **Jared Joseph Burns**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Kearney Bean**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Lucinda Chapin**   represented by   **Jared Joseph Burns**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Kearney Bean**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/17/2023 | 1 | COMPLAINT against Artful Enterprises, LLC, Lucinda Chapin, Jacksonville Academy Holdings, LLC, RDL Properties of North Florida, LLC, Spyglass Property Holdings, LLC, The Academy at Julington Creek, LLC (Filing fee $402 receipt number AFLMDC-20408220) filed by Pa+hfinder, LLC, IC US Properties 1, LLC. (Attachments: # 1 Exhibit 1 - Letter of Intent, # 2 Exhibit 2 - Asset Purchase Agreement, # 3 Exhibit 3 - PSA - Jacksonville, # 4 Exhibit 4 - PSA - St. Johns, # 5 |

| | | | |
|---|---|---|---|
| | | | Exhibit 5 - Closing Conditions Waiver, # 6 Civil Cover Sheet)(Purdy, Lauren) (Entered: 01/17/2023) |
| 01/18/2023 | | 2 | NEW CASE ASSIGNED to Judge Brian J. Davis and Magistrate Judge Patricia D. Barksdale. New case number: 3:23-cv-0059-BJD-PDB. (SJB) (Entered: 01/18/2023) |
| 01/20/2023 | | 3 | NOTICE of Local Rule 3.02(a)(2), which requires the parties in every civil proceeding, except those described in subsection (d), to file a case management report (CMR) using the uniform form at www.flmd.uscourts.gov. The CMR must be filed (1) within forty days after any defendant appears in an action originating in this court, (2) within forty days after the docketing of an action removed or transferred to this court, or (3) within seventy days after service on the United States attorney in an action against the United States, its agencies or employees. Judges may have a special CMR form for certain types of cases. These forms can be found at www.flmd.uscourts.gov under the Forms tab for each judge. (Signed by Deputy Clerk). (CKS) (Entered: 01/20/2023) |
| 01/23/2023 | | 4 | Unopposed MOTION for Nathan D. Converse to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC-20427868 for $150 by IC US Properties 1, LLC, Pa+hfinder, LLC. (Mountford, Derek) Motions referred to Magistrate Judge Patricia D. Barksdale. (Entered: 01/23/2023) |
| 01/23/2023 | | 5 | Unopposed MOTION for Todd A. Wind to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC-20427928 for $150 by IC US Properties 1, LLC, Pa+hfinder, LLC. (Mountford, Derek) Motions referred to Magistrate Judge Patricia D. Barksdale. (Entered: 01/23/2023) |
| 01/23/2023 | | 6 | CORPORATE Disclosure Statement by IC US Properties 1, LLC, Pa+hfinder, LLC. (Mountford, Derek) (Entered: 01/23/2023) |
| 01/24/2023 | | 7 | **ORDER granting 4, 5, Nathan Converse's and Todd Wind's motions asking the Court for permission to specially appear to represent the plaintiffs in this action. By 2/7/2023, counsel must notify the Court who will be serving as lead counsel. Signed by Magistrate Judge Patricia D. Barksdale on 1/24/2023. (ASL)** (Entered: 01/24/2023) |
| 02/03/2023 | | 8 | NOTICE of Lead Counsel Designation by Todd A. Wind on behalf of IC US Properties 1, LLC, Pa+hfinder, LLC. Lead Counsel: Todd Wind. (Wind, Todd) (Entered: 02/03/2023) |
| 02/20/2023 | | 9 | WAIVER of service returned executed on 01/18/2023 by Pa+hfinder, LLC, IC US Properties 1, LLC as to All Defendants. (Mountford, Derek) (Entered: 02/20/2023) |
| 03/20/2023 | 📎 | 10 | MOTION to Dismiss for Failure to State a Claim by All Defendants. (Burns, Jared) (Entered: 03/20/2023) |
| 03/24/2023 | | 11 | CORPORATE Disclosure Statement by Artful Enterprises, LLC, Lucinda Chapin, Jacksonville Academy Holdings, LLC, RDL Properties of North Florida, LLC, Spyglass Property Holdings, LLC, The Academy at Julington Creek, LLC. (Burns, Jared) (Entered: 03/24/2023) |
| 03/30/2023 | | 12 | CASE MANAGEMENT REPORT. (Mountford, Derek) (Entered: 03/30/2023) |