UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATH+FINDER, LLC d/b/a
IMAGINE EARLY EDUCATION
AND CHILDCARE, and IC US
PROPERTIES 1, LLC,

    Plaintiffs,

v.                                                          Case No.: 3:23-cv-59-BJD-PDB

THE ACADEMY AT JULINGTON
CREEK, LLC; ARTFUL
ENTERPRISES, LLC;
JACKSONVILLE ACADEMY
HOLDINGS, LLC; SPYGLASS
PROPERTY HOLDINGS, LLC;
RDL PROPERTIES OF NORTH
FLORIDA, LLC; and LUCINDA
CHAPIN,

    Defendants.

_____

## UNOPPOSED MOTION TO WITHDRAW

Under Local Rule 2.02(c), Jared J. Burns moves to withdraw as counsel of record for Defendants. Defendants will continue to be represented by Daniel K. Bean. Daniel K. Bean will be lead counsel for Defendants moving forward.

### LOCAL RULE 2.02(c)(1)(B)(i) CERTIFICATION

Under Local Rule 2.02(c)(1)(B)(i), Defendants The Academy at Julington Creek, LLC, Artful Enterprises, LLC, Jacksonville Academy Holdings, LLC,

Spyglass Property Holdings, LLC, RDL Properties of North Florida, LLC, and Lucinda Chapin, consent to the withdrawal.

## LOCAL RULE 3.01(g) CERTIFICATION

Under Local Rule 3.01(g), the undersigned has conferred with counsel for Plaintiffs, and Plaintiffs do not oppose the relief sought herein.

DATED: June 30, 2023.

Respectfully submitted,

/s/ *Jared J. Burns*
Jared J. Burns, Esq
Florida Bar No.: 1003415
Primary Email: *jburns@abljax.com*
100 N. Laura Street, Suite 501
Jacksonville, FL 32202
Telephone: (904) 944-4100

## CERTIFICATE OF SERVICE

I certify that on June 30, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Jared J. Burns*
Attorney