United States District Court
Middle District of Florida
Jacksonville Division

PA+HFINDER, LLC
& IC US PROPERTIES 1, LLC,

    *Plaintiffs,*

v.                                     No. 3:23-cv-59-BJD-PDB

THE ACADEMY AT JULINGTON CREEK,
LLC, ETC.,

    *Defendants.*

---

## Order

    Proceeding under Local Rule 2.02(c), Jared Burns moves to withdraw as counsel for the defendants. Doc. 18. Because the defendants consent to Burns's withdrawal and will continue to be represented by other counsel, the plaintiffs have no objection, and granting the relief will not affect case management, the Court **grants** the motion, Doc. 18, **permits** Burns to withdraw, and **directs** the clerk to modify the docket accordingly.

    **Ordered** in Jacksonville, Florida, on July 3, 2023.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*