**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PA+HFINDER, LLC and
IC US PROPERTIES 1, LLC,

      Plaintiffs,

                                            Case No.: 3:23-cv-59-BJD-PDB

v.

THE ACADEMY AT JULINGTON
CREEK, LLC, et al.,

      Defendants.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Notice of Dismissal with Prejudice (Doc. No. 58; Notice) filed on September 26, 2025. In the Notice, the parties indicate their agreement to dismissal of this case with prejudice. See Notice at 1.

Accordingly, it is hereby

**ORDERED**:

1.    This case is **DISMISSED with prejudice.**

2.    Each party shall bear its own costs and fees.

3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 1st day of October, 2025.

BRIAN J. DAVIS
United States District Judge

*Copies to:*

Counsel of Record

*ap*